UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Matthew Camp, | Court File No. 19-cv-2806 PAM/KMM |
| Plaintiff, | |
| vs. | |
| City of Dayton; and Police Chief Paul Enga and Officer Brant Standridge, in their Individual and official capacities, | |
| Defendants. | |

**ORDER FOR DISMISSAL WITH PREJUDICE**

The foregoing Stipulation (Doc. No. 13), having been presented to the Court on behalf of the above parties:

IT IS HEREBY ORDERED that the settlement of this action as set forth in Releases I and II, is approved and, as a result, the above-entitled action may be, and the same hereby is, dismissed with prejudice and on its merits and without costs or disbursements to any party.

IT IS FURTHER ORDERED that without further notice, a Judgment of Dismissal with Prejudice and upon the merits of all of Plaintiff's claims, without costs or disbursements to any of the parties, may be entered herein.

BY THE COURT:

Dated:_____   _____

The Honorable Paul A. Magnuson
U.S. District Court Judge